2010-13718
FILED
June 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002694226

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Tel: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Movant
CM REO Trust

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>MARIO GAMA GONZALEZ aka MARIO GONZALEZ GAMA and JANIE ELIZABETH REYNA<br><br>    Debtors. | CASE: 10-13718-B-7<br><br>CHAPTER 7<br><br>REF.: ASW-1<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: 06/03/10<br>TIME: 11:00am<br>CTRM: 1ST FL<br>U.S. Bankruptcy Court<br>1300 18th Street<br>Bakersfield, CA 93301 |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by CM REO Trust, and having set to have been heard before the HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE, on June 3, 2010, and the Court, having read the various pleadings, documents and proceedings, and service having been made, and after due deliberation without hearing, does hereby make its order as follows:

RECEIVED
June 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002694226
6401-5934

|    |                                                                          |
|----|--------------------------------------------------------------------------|
| 1  | IT IS ORDERED that with respect to the real property                     |
| 2  | commonly known as 715 Baldwin Farms Drive, Bakersfield, CA               |
| 3  | 93307, and more fully described as follows:                              |
| 4  |     SEE LEGAL DESCRIPTION MARKED AS EXHIBIT          |
| 5  |     "A" AND INCORPORATED HEREIN BY REFERENCE         |
| 6  | Movant and its agents and successors are relieved of the                 |
| 7  | automatic stay, and said stay is immediately terminated, so              |
| 8  | that Movant and its agents and successors may exercise or                |
| 9  | cause to be exercised any and all rights under its Note                  |
| 10 | and/or Deed of Trust under applicable nonbankruptcy law.                 |
| 11 | IT IS FURTHER ORDERED that the 14 day stay pursuant to                   |
| 12 | Rule 4001(a)(3) is hereby waived.                                        |
| 13 | IT IS FURTHER ORDERED that the bankruptcy proceeding                     |
| 14 | has been finalized for purposes of Cal. Civil Code § 2923.5.             |
| 15 | IT IS FURTHER ORDERED that except as set forth herein,                   |
| 16 | all other relief is denied without prejudice.                            |
| 17 |                                                                          |
| 18 | Dated: June 11, 2010                                                     |
| 19 |                                                                          |
| 20 |                                                                          |
| 21 |     W. Richard Lee                                   |
| 22 |     United States Bankruptcy Judge                   |

Matter I.D. 6401-5934

# EXHIBIT A

# Exhibit A
# LEGAL DESCRIPTION

All that certain real property in the County of Kern, State of California, described as follows:

LOT 7 OF TRACK 5873, PHASE ONE, IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED OCTOBER 17, 1997 IN BOOK 43, PAGE 82 AND 83 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM, 1/2 OF ALL OIL AND GAS WITHIN OR UNDERLYING LOT 4 OF THE BERKSHIRE FARM TRACT, IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED AUGUST 27, 1901 IN BOOK 1, PAGE 38 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, WITH THE RIGHTS OF SURFACE ENTRY.

ALSO EXCEPTING THEREFROM 1/2 OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING LOT 4 OR WHICH MAY BE PRODUCED AND SAVED THEREFROM; PROVIDED, HOWEVER, GRANTOR HEREIN, HER SUCCESSORS AND ASSIGNS, SHALL NOT CONDUCT DRILLING OR OTHER OPERATIONS ABOVE A DEPTH OF 500 FEET BELOW THE SURFACE OF SAID LAND. NOTHING HEREIN CONTAINED SHALL BE DEEMED TO PREVENT GRANTOR, HER SUCCESSORS AND ASSIGNS FROM EXTRACTING OR CAPTURING SAID MINERALS, OIL, GAS AND HYDROCARBONS BY DRILLING ON ADJACENT OR NEIGHBORING LANDS AT A DEPTH OF 500 FEET OR MORE BELOW THE SURFACE OF SAID LAND, SO AS NOT TO DISTURB THE SURFACE THEREOF OR ANY IMPROVEMENTS THEREON AS RESERVED BY EDA SANDRINI, WHO ACQUIRED TITLE AS IDA SANDRINI, A MARRIED WOMAN, AS HER SOLE AND SEPARATE PROPERTY RECORDED SEPTEMBER 4, 1997 AS INSTRUMENT NO. 0197116380 OF OFFICIAL RECORDS.

APN No: 516-091-07-00-5